UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO,  CASE NO.: 1:23-cv-24410-KMM
Plaintiff,

vs

SPIRIT HALLOWEEN SUPERSTORES, LLC.

A foreign for-profit corporation

Defendant,

_____/

NOTICE OF SETTLEMENT

Plaintiff, ARANTZA CASTRO, through undersigned attorney Diego G. Mendez, Esq. pursuant to the Federal Rules Civil Procedure files this Notice of Settlement with Defendant.  Parties seek 45 days to finalize all settlement documentation and file a Notice of Voluntary Dismissal with Prejudice.

Respectfully Submitted:

        Mendez Law Offices, PLLC
        Attorneys for Plaintiff
        P.O. BOX 228630
        Miami, Florida 33172
        Telephone: 305.264.9090
        Facsimile: 1-305.809.8474
        Email:info@mendezlawoffices.com
        By: _____/s/_____
        DIEGO GERMAN MENDEZ, ESQ.
        FL BAR NO.: 52748

        Adams & Associates, P.A.
        Attorneys for Plaintiff
        6500 Cowpen Road, Suite 101
        Miami Lakes, FL  33014
        Telephone:  305-824-9800

Facsimile:  305-824-3868  
Email:  radamslaw@bellsouth.net  
By:_____ /s/_____  
RICHARD JOHN ADAMS, ESQ., of Counsel  
FL BAR NO.: 770434